**Opinion issued March 16, 2017**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-17-00064-CV

―――――――――――――

**SHAUL HAROSH, Appellant**

**V.**

**T. GERALD TREECE, INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN M. O'QUINN, DECEASED, AND DARLA LEXINGTON, Appellees**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 392,247-412**

---

## MEMORANDUM OPINION

Appellant has filed a "Motion for Voluntary Dismissal." *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate

of conference in his motion, appellant's motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.